WILLIAM E. PARKS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF SOUTHINGTON ET AL.

The petition by the defendant Mt. Southington Ski Area, Inc., for certification for appeal from the Court of Common Pleas in Hartford County is granted by the court.

*John J. Dunham,* in support of the petition.
*Joseph H. Thalberg,* in opposition.

Submitted June 14—decided June 23, 1978

STATE OF CONNECTICUT *v.* PETER VILLANO, JR.

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is granted by the court.

*Thomas F. Brown,* in support of the petition.

*John H. Durham,* assistant prosecuting attorney, in opposition.

Submitted June 14—decided June 23, 1978

JAMES J. FEDORICH *v.* ZONING BOARD OF APPEALS OF THE TOWN OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Litchfield County is granted by the court.

*Peter C. Herbst,* in support of the petition.

*Thomas F. Wall, Jr.,* and *John A. Gawrych,* in opposition.